**STATE of Missouri, Respondent,**

v.

**Adrian BLANTON, Appellant.**

**No. ED 81773.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 29, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 19, 2003.

Application for Transfer Denied
Aug. 26, 2003.

Bradley S. Dede, Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

ORDER

PER CURIAM.

Appellant, Adrian Blanton ("defendant") appeals the judgment of the Circuit Court of Franklin County, following a jury trial, finding him guilty of child molestation in the first degree, section 566.067 RSMo 2000. Defendant was sentenced to five years imprisonment. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).